UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| CARIBBEAN PETROLEUM LP, | ) Chapter 11 |
| CARIBBEAN OIL LP, | ) |
| CARIBBEAN PETROLEUM REFINING LP, | ) Case Nos 01-11657 (PJW) |
| GULF PETROLEUM (PUERTO RICO) | ) through 01-11661 (PJW) |
| CORPORATION and CARIBBEAN | ) |
| PETROLEUM CORPORATION, | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |
| | ) |

## NOTICE OF OCCURRENCE OF (I) THE EFFECTIVE DATE OF DEBTORS' FOURTH AMENDED PLAN OF REORGANIZATION AND (II) SUBSTANTIAL CONSUMMATION

**PLEASE TAKE NOTICE** that on March 13, 2003, an Order confirming the Fourth Amended Joint Plan of Reorganization of Caribbean Petroleum, LP, Caribbean Oil LP, Caribbean Petroleum Refining LP, Gulf Petroleum (Puerto Rico) Corporation and Caribbean Petroleum Corporation Under Chapter 11 of the Bankruptcy Code (the "Plan") was signed by the Honorable Peter J. Walsh, United States Bankruptcy Judge, and duly entered and filed in the office of the Clerk of the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date (as defined in the Plan) occurred on March 24, 2003 and that substantial consummation of the Plan, as defined in Bankruptcy Code § 1101, also occurred on March 24, 2003.

**PLEASE TAKE FURTHER NOTICE** that certain executory contracts and unexpired leases were deemed rejected as of the Effective Date. If the rejection of an executory contract or unexpired lease would result in a claim for damages to the other party or parties to such contract or lease, any claim for such damages shall be forever barred and shall not be enforceable against the Estates (as defined in the Plan) unless a proof of claim with respect to such rejection damages has been filed with the Bankruptcy Court and severed upon counsel to the Debtors (as defined in the Plan) and counsel to the Committee (as defined in the Plan) on or before 45 days following the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that each Professional (as defined in the Plan) shall file a final fee application within 30 days after the Effective Date for the allowance of compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date, including any unpaid or withheld amounts from interim fee applications filed throughout the Bankruptcy Cases.

| | |
|---|---|
| */s/ Michael R. Lastowski* | */s/ Richard A. Keuler* |
| DUANE MORRIS, LLP | REED SMITH LLP |
| Michael R. Lastowski (No. 3892) | Kurt F. Gwynne (No. 3951) |
| William K. Harrington (No. 4051) | Richard A. Keuler, Jr., (No. 4108) |
| 1100 North Market Street, Suite 1200 | 1201 Market Street, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone (302) 657-4900 | Telephone: (302) 778-7550 |
| Facsimile (302) 657-4901 | Facsimile: (302) 778-7575 |
| | |
| -and- | -and- |
| | |
| HANIFY & KING, P.C. | MINTZ, LEVIN, COHN, FERRIS, |
| Harold B. Murphy | GLOVSKY and POPEO, P.C. |
| D. Ethan Jeffery | Richard E. Mikels |
| One Federal Street | Paul J. Ricotta |
| Boston, MA 02110 | George B. Hofmann |
| Telephone: (617) 423-0400 | One Financial Center |
| Facsimile (617) 556-8985 | Boston, Massachusetts 02111 |
| | Telephone: (617) 542-6000 |
| | Facsimile: (617) 542-2241 |
| | |
| Counsel for Caribbean Petroleum, LP, Caribbean Oil LP, Caribbean Petroleum Refining LP, and Gulf Petroleum (Puerto Rico) Corporation | Counsel for Caribbean Petroleum Corporation |

Dated:   March 24, 2003